IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BONITA HEADLAM-CLARKSON, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CIGNA CORP., *et al.*, | : | No. 20-4068 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 30th day of September, 2020, upon consideration of Defendant's September 30, 2020 email containing the parties' joint request to extend the deadline for Defendant's Responsive Pleading, it is **ORDERED** that Defendant shall file any Responsive Pleading by October 16, 2020. The parties are reminded to consult the Court's Pretrial and Trial Procedures when requesting an extension.[1]

BY THE COURT:

*/s/ Gene E.K. Pratter*
THE HONORABLE GENE E.K. PRATTER
United States District Judge

---

[1] Judge Pratter's General Pretrial and Trial Procedures are available on the Judge's Procedures page of the website for the United States District Court for the Eastern District of Pennsylvania (https://www.paed.uscourts.gov/), or directly at https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.