# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BONITA EHADLAM-CLARKSON** : | **CIVIL ACTION** |
| *Plaintiff* : | |
| : | |
| **v.** : | |
| : | |
| **CIGNA CORPORATION et al.** : | **NO. 20-4068** |
| *Defendant(s)* : | |

## NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for

**November 2, 2020** at **2:00 p.m.** with the Hon. Gene E.K. Pratter, United States Courthouse, 601

Market Street, Philadelphia, PA 19106.

Parties are instructed to telephone 571-353-2300 and enter code 553869384# to be

connected with the Judge.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: October 28, 2020**
**Copies sent via ECF notification**